1  James M. Lindsay, State Bar No. 164758
   Gene J. Stonebarger, State Bar No. 209461
2  LINDSAY & STONEBARGER, APC
3  620 Coolidge Drive, Suite 225
   Folsom, CA 95630
4  Phone: (916) 294-0002 / Fax: (916) 294-0012

5  James R. Patterson, State Bar No. 211102
   Harry W. Harrison, State Bar No. 211141
6  HARRISON PATTERSON & O'CONNOR LLP
7  402 West Broadway, 29th Floor
   San Diego, CA 92101
8  Phone: (619) 756-6990 / Fax: (619) 756-6991

9  Attorneys for Plaintiff

10

11

12                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
13                         SACRAMENTO DIVISION

14

15 | BRIAN KORN, individually; on behalf of      )
   | himself and all others similarly situated,  ) Case No. 07-CV-02745-FCD-JFM
16 |                                             )
   |         Plaintiff,                          )
17 |   vs.                                       ) STIPULATION AND ORDER TO
   |                                             ) MODIFY AMENDED STATUS
18 | POLO RALPH LAUREN CORPORATION,              ) (PRETRIAL SCHEDULING) ORDER
   | a Delaware corporation; and DOES 1          ) TO ALLOW FOR MEDIATION
19 | through 50 inclusive,                       )
   |         Defendants.                         )
20 |                                             )
   |                                             )
21 |_____)

22

23

24

25

26

27

28

Plaintiff, Brian Korn, and Defendant, Polo Ralph Lauren Corporation (collectively, "Parties"), by and through their respective attorneys, respectfully submit this Joint Stipulation and [Proposed] Order to Modify the Amended Status (Pretrial Scheduling) Order to Allow for Mediation, dated July 25, 2008, by continuing certain dates to allow the Parties the opportunity to mediate.  The Parties attended mediation on September 9, 2008 with the Honorable Gary L. Taylor (Ret.) of JAMS, and are scheduled to attend a second mediation session with Judge Taylor on October 14, 2008.

Accordingly, the Parties stipulate, agree and respectfully request that the Court enter an order providing that:

1. The pre-certification discovery cut-off date, currently set for November 14, 2008, be continued to December 15, 2008.

2. The deadline for pre-certification initial expert disclosures, currently set for December 1, 2008, be continued to January 9, 2009.

3. The deadline for pre-certification rebuttal expert reports, currently set for December 22, 2008, be continued to January 30, 2009.

4. The deadline for all pre-certification expert discovery, currently set for January 22, 2009, be continued to February 27, 2009.

5. Except as specifically stated above, the Amended Status (Pretrial Scheduling) Order otherwise remains in effect.

SO STIPULATED by Plaintiff.

DATED: October 7, 2008              By_____
                                       Gene J. Stonebarger

SO STIPULATED by Defendant.

DATED: October 7, 2008              By_____
                                       John W. McGuinness


IT IS SO ORDERED.


DATED: October 8, 2008              _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO MODIFY AMENDED STATUS (PRETRIAL SCHEDULING) ORDER TO ALLOW FOR MEDIATION**
Case No. 07-CV-02745 FCD JFM